UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NAMIG BAKER, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | *Civil Action No. 1:22-cv-02765* |
| ISLAMIC REPUBLIC OF IRAN, ) | (BAH) |
| ) | |
| *Defendant*. ) | |
| ) | |

## PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiffs move this Court to enter substantive default judgment against the Islamic Republic of Iran.

Defendant was properly served pursuant to 28 U.S.C. § 1608(a)(4) of the Foreign Sovereign Immunities Act ("FSIA"), and has failed to respond or appear. ECF 14. The Court directed the Clerk to enter procedural default on May 15, 2023. ECF 15. Plaintiffs now seek a substantive default judgment as to both liability and damages.

In support of this motion, and pursuant to 28 U.S.C. § 1608(e), Plaintiffs are filing herewith Proposed Findings of Fact and Conclusions of Law, which set forth the legal and factual bases for the entry of a judgment against Defendant. The proposed findings of fact are supported by expert reports, factual declarations, and the exhibits thereto, all of which are uncontested in the record.

DATED: October 3, 2024.                    Respectfully Submitted,

/*s/ Peter Cameron*
Peter Cameron, Esq. (#CA00088)

CAMERON FIRM, PC
4003 Wabash Avenue
San Diego, CA 92104

        Tel. (619) 819-5021
        Email: peter@veteranappeal.com

*Attorney for Plaintiffs*

*Of Counsel for Plaintiffs:*

F. R. Jenkins, Esq. (D. C. Bar No. 1615786)
MERIDIAN 361 INTERNATIONAL LAW
GROUP, PLLC
400 Congress Street, No. 7040
Portland, ME 04101
Tel. (202) 361-4944
Email: Jenkins@meridian361.com