UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NAMIG BAKER, *et al.*,

Plaintiffs,

v.

ISLAMIC REPUBLIC OF IRAN,

Defendant.

Civil Action No. 22-2765 (BAH)

Judge Beryl A. Howell

### ORDER

Upon consideration of plaintiffs' Motion for Judicial Notice, ECF No. 28, and plaintiffs' Motion for Default Judgment, ECF Nos. 27, 29 (sealed), the related legal memoranda, exhibits, and declarations submitted in support of the motions, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion for Judicial Notice is **GRANTED**; it is further

**ORDERED** that plaintiffs' Motion for Default Judgment, ECF Nos. 27, 29 (sealed) is **GRANTED IN PART** and **DENIED IN PART**; it is further

**ORDERED** that plaintiffs' Motion for Default Judgment is **DENIED** as to the claims of plaintiffs Johnny Butler, Jr.; Sherita Sanders; Arletha Pettie; Claudia Pettie; Mecko Johnson; Jonathan James Butler; Jaylen Butler; Jada Butler; Grady Horner; Cameron Horner; Daniel Kernan; Lea Ann McCartney; James Kernan; Donald McDaniel, II; Donald McDaniel, Sr.; Shelby McDaniel; James McDaniel; Logan McDaniel; Terasa Defusto; Arik Miller; A.M.; Calandra Bailey; Tyresha Williams; Brandon Paredes; Julie Paredes; Gary Paredes; Jesse Paredes; Adam Paredes; the Estate of Nevaeh Paredes; Evan Pronzati; and Andrew Vega**,** and these claims are

1

**DISMISSED**, pursuant to Federal Rule of Civil Procedure 12(b)(1), for lack of subject matter jurisdiction; it is further

**ORDERED** that plaintiffs' Motion for Default Judgment is **DENIED** as to the claims of plaintiff Maricruz Carrera, and her claims are **DISMISSED**, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim; it is further

**ORDERED** that, upon finding that certain plaintiffs have established their "claims or right to relief by evidence satisfactory to the court," 28 U.S.C. § 1608(e), plaintiffs' Motion for Default Judgment is **GRANTED** as to plaintiffs Namig Baker, Kevin Deas, Sr., Christopher Hardesty, John Iasiello, Joseph Sandlin, Michael Pabon, Scott Smith, Ryan Winston, Irina Gorodnitsky, G. Eli Baker, James Hardesty, Kelli Hardesty, Annmarie Deas, Eva Carrera, Sophronia Winston, K.D., A.D., Savannah Sandlin, W.S., R.S., Amari Winston, Jazmine Winston, Arshianna Winston, Natiq Baker, Samuel Baker, Nicholas Hardesty, Sherman Winston, Corkney Winston, and Tryman Merrel Winston; it is further

**ORDERED** that defendant Islamic Republic of Iran shall be liable for compensatory damages in the amount of $100,726,059 and punitive damages in the amount of $100,726,059, resulting in a total award of $201,452,118, plus post-judgment interest at the rate set out in 28 U.S.C. § 1961 and plaintiffs' costs, which shall be allocated in the following manner:

1. Servicemember plaintiff Namig Baker is awarded $6,500,000 in compensatory damages for pain and suffering; $2,741,228 in compensatory damages for economic losses; and $9,241,228 in punitive damages, totaling $18,482,456;

2. Servicemember plaintiff Kevin Deas, Sr. is awarded $7,000,000 in compensatory damages for pain and suffering; $2,268,072 in compensatory damages for economic losses; and $9,268,072 in punitive damages, totaling $18,536,144;

3. Servicemember plaintiff Christopher Hardesty is awarded $6,500,000 in compensatory damages for pain and suffering; and $6,500,000 in punitive damages, totaling $13,000,000;

4. Servicemember plaintiff John Iasiello is entitled to $7,000,000 in compensatory damages for pain and suffering; and $7,000,000 in punitive damages, totaling $14,000,000;

5. Servicemember plaintiff Joseph Sandlin is awarded $7,000,000 in compensatory damages for pain and suffering; $2,634,388 in compensatory damages for economic losses; and $9,634,388 in punitive damages, totaling $19,268,776;

6. Servicemember plaintiff Michael Pabon is awarded $7,000,000 in compensatory damages for pain and suffering; $2,310,223 in compensatory damages for economic losses; and $9,310,223 in punitive damages, totaling $18,620,446;

7. Servicemember plaintiff Scott Smith is awarded $7,000,000 in compensatory damages for pain and suffering; $1,647,488 in compensatory damages for economic losses; and $8,647,488 in punitive damages, totaling $17,294,976;

8. Servicemember plaintiff Ryan Winston is awarded $6,500,000 in compensatory damages for pain and suffering; $2,374,660 in compensatory damages for economic losses; and $8,874,660 in punitive damages, totaling $17,749,320;

9. Plaintiff parents Irina Gorodnitsky, Glenn Eli Baker, James Hardesty, and Kelli Hardesty are each awarded $2,500,000 in solatium damages and $2,500,000 in punitive damages, for a total of $5,000,000 each;

10. Plaintiff spouses Eva Carrera and Sophronia Winston are each awarded $4,000,000 in solatium damages and $4,000,000 in punitive damages, for a total of $8,000,000 each; and plaintiff spouse Annmarie Deas is awarded $1,000,000 in solatium damages and $1,000,000 in punitive damages, for a total of $2,000,000;

11. Plaintiff children K.D., A.D., Savannah Sandlin, W.S., R.S., Amari Winston, Jazmine Winston, and Arshianna Winston are each awarded $1,500,000 in solatium damages and $1,500,000 in punitive damages, for a total of $3,000,000 each;

12. Plaintiff siblings Natiq Baker, Samuel Baker, Nicholas Hardesty, Sherman Winston, Corkney Winston, and Tryman Merrel Winston are each awarded $1,250,000 in solatium damages and $1,250,000 in punitive damages, for a total of $2,500,000 each; it is further

**ORDERED** that plaintiffs shall, at their own cost and consistent with the requirements of 28 U.S.C. § 1608(e), send a copy of this Order to defendant Islamic Republic of Iran; it is further

**ORDERED** that the Clerk of the Court close this case.

**SO ORDERED**.

DATE: August 28, 2025

*This is a final and appealable order*.

									_____
									**BERYL A. HOWELL**
									United States District Judge