# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **BAKER, ET AL,** | ) |
| **Plaintiff,** | ) |
| | ) CASE NO: 1:22-cv-02765-BAH |
| v. | ) |
| **ISLAMIC REPUBLIC OF IRAN,** | ) |
| **Defendant.** | ) |

## NOTICE OF APPEAL

Notice is hereby given this 25th day of September, 2025, that the following plaintiffs - Johnny Butler, Jr.; Sherita Sanders; Arletha Pettie; Claudia Pettie; Mecko Johnson; Jonathan James Butler; Jaylen Butler; Jada Butler; Grady Horner; Cameron Horner; Daniel Kernan; Lea Ann McCartney; James Kernan; Donald McDaniel, II; Donald McDaniel, Sr.; Shelby McDaniel; James McDaniel; Logan McDaniel; Terasa Defusto; Arik Miller; A.M.; Calandra Bailey; Tyresha Williams; Brandon Paredes; Julie Paredes; Gary Paredes; Jesse Paredes; Adam Paredes; the Estate of Nevaeh Paredes; Evan Pronzati; Andrew Vega; and Maricruz Carrera - hereby appeal to the United States Court of Appeals for the District of Columbia from this judgment entered on August 28, 2025 which was in favor of defendant and against said plaintiffs.

**RECEIVED**
SEP 25 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

*/s/ Robert L. Sirianni, Jr.*
Robert L. Sirianni, Jr., Esquire
DC Bar No. 1016303
PO BOX 2047
Winter Park, FL 32790
(t) 407-388-1900
(f) 407-622-1511
robertsirianni@brownstonelaw.co

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk of Court via this court's e-filing system on September 25, 2025.

/s/ *Robert L. Sirianni, Jr.*
Robert L. Sirianni, Jr., Esquire
DC Bar No. 1016303