APPEAL,CLOSED,TYPE-B

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:22-cv-02765-BAH

BAKER et al v. ISLAMIC REPUBLIC OF IRAN
Assigned to: Judge Beryl A. Howell
Demand: $50,000,000,000
Cause: 28:1605A Foreign Sovereign Immunities Act

Date Filed: 09/13/2022
Date Terminated: 08/28/2025
Jury Demand: None
Nature of Suit: 360 P.I.: Other
Jurisdiction: Federal Question

**Plaintiff**

**NAMIG BAKER**                    represented by    **Floyd Ronald Jenkins , Jr.**
                                                      MERIDIAN 361
                                                      400 Congress Street
                                                      # 7040
                                                      Portland, ME 04101
                                                      202-361-4944
                                                      Email: jenkins@meridian361.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Robert L. Sirianni , Jr.**
                                                      BROWNSTONE, P.A.
                                                      PO Box 2047
                                                      Winter Park, FL 32790
                                                      (407) 388-1900
                                                      Fax: (407) 622-1511
                                                      Email: robertsirianni@brownstonelaw.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Peter Cameron**
                                                      CAMERON FIRM, PC
                                                      4003 Wabash Ave
                                                      San Diego, CA 92104
                                                      (619) 819-5021
                                                      Fax: (619) 330-3513
                                                      Email: peter@veteranappeal.com
                                                      *ATTORNEY TO BE NOTICED*

**Plaintiff**

**IRINA GORODNITSKY**              represented by    **Floyd Ronald Jenkins , Jr.**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Robert L. Sirianni , Jr.**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

*Peter Cameron*
*(See above for address)*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GLENN BAKER**                          represented by **Floyd Ronald Jenkins , Jr.**
                                         *(See above for address)*
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Robert L. Sirianni , Jr.**
                                         *(See above for address)*
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Peter Cameron**
                                         *(See above for address)*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SAMUEL BAKER**                         represented by **Floyd Ronald Jenkins , Jr.**
                                         *(See above for address)*
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Robert L. Sirianni , Jr.**
                                         *(See above for address)*
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Peter Cameron**
                                         *(See above for address)*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**NATIG BAKER**                          represented by **Floyd Ronald Jenkins , Jr.**
                                         *(See above for address)*
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Robert L. Sirianni , Jr.**
                                         *(See above for address)*
                                         *LEAD ATTORNEY*
                                         *ATTORNEY TO BE NOTICED*

                                         **Peter Cameron**
                                         *(See above for address)*
                                         *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHNNY BUTLER, JR.**                   represented by **Floyd Ronald Jenkins , Jr.**
                                         *(See above for address)*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAYLEN BUTLER**                           represented by   **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**J. B.**                                    represented by   **Floyd Ronald Jenkins , Jr.**
*a minor, by and through Johnny Butler, Jr.,*                 (See above for address)
*next friend*                                                *LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. B.**                                    represented by   **Peter Cameron**
*a minor, by and through Johnny Butler, Jr.,*                 (See above for address)
*next friend*                                                *ATTORNEY TO BE NOTICED*
*TERMINATED: 01/22/2024*

**Plaintiff**

**JOHNATHAN BUTLER**                         represented by   **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MECKO JOHNSON**                    represented by    **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ARLETHA PETTIE**                    represented by    **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CLAUDIA PETTIE**                          represented by **Floyd Ronald Jenkins , Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Robert L. Sirianni , Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Peter Cameron**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHERITA SANDERS**                         represented by **Floyd Ronald Jenkins , Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Robert L. Sirianni , Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Peter Cameron**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**KEVIN DEAS, SR.**                         represented by **Floyd Ronald Jenkins , Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Robert L. Sirianni , Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Peter Cameron**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANNMARIE DEAS**                           represented by **Floyd Ronald Jenkins , Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*
                                            *ATTORNEY TO BE NOTICED*

                                            **Robert L. Sirianni , Jr.**
                                            (See above for address)
                                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**K. D.**
*a minor, by and through Kevin Deas, Sr., next friend*

represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A. D.**
*a minor, by and through Kevin Deas, Sr., next friend*

represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHRISTOPHER HARDESTY**

represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAMES HARDESTY**                    represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KELLI HARDESTY**                    represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NICHOLAS HARDESTY**                    represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GRADY HORNER**                    represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

CAMERON HORNER                    represented by   **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JOHN IASIELLO                     represented by   **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

DANIEL KERNAN                     represented by   **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JAMES KERNAN**                                represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**LEAANN MCCARTNEY**                           represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DONALD MCDANIEL, JR.**                        represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DONALD MCDANIEL, SR.**                        represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
JAMES MCDANIEL                    represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
LOGAN MCDANIEL                    represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**
SHELBY MCDANIEL                   represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TERESA DEFUSTO**                          represented by    **Floyd Ronald Jenkins , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Robert L. Sirianni , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Peter Cameron**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ARIK MILLER**                             represented by    **Floyd Ronald Jenkins , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Robert L. Sirianni , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Peter Cameron**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**CALANDRA BAILEY**                         represented by    **Floyd Ronald Jenkins , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Robert L. Sirianni , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Peter Cameron**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ARIKA MILLER**                            represented by    **Floyd Ronald Jenkins , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Robert L. Sirianni , Jr.**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

TYRESHA WILLIAMS                 represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

MICHAEL PABON                 represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

EVA CARRERA                 represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MARICRUZ CARRERA**　　　　　　represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRANDON PAREDES**　　　　　　represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ADAM PAREDES**　　　　　　represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**GARY PAREDES**　　　　　　represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**JESSE PAREDES**                    represented by   **Floyd Ronald Jenkins , Jr.**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Robert L. Sirianni , Jr.**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Peter Cameron**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**JULIE PAREDES**                    represented by   **Floyd Ronald Jenkins , Jr.**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Robert L. Sirianni , Jr.**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Peter Cameron**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**ESTATE OF NEVAEH PAREDES**         represented by   **Floyd Ronald Jenkins , Jr.**
*by and through Brandon Paredes, as Special*          (See above for address)
*Administrator*                                       *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Robert L. Sirianni , Jr.**
                                                      (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Peter Cameron**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

<u>Plaintiff</u>

**EVAN PRONZATI**                         represented by  **Floyd Ronald Jenkins , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert L. Sirianni , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Peter Cameron**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOSEPH SANDLIN**                        represented by  **Floyd Ronald Jenkins , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert L. Sirianni , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Peter Cameron**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SAVANNAH SANDLIN**                      represented by  **Floyd Ronald Jenkins , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert L. Sirianni , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Peter Cameron**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SCOTT SMITH**                           represented by  **Floyd Ronald Jenkins , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert L. Sirianni , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**R. S.**
*a minor, by and through Scott Smith, next friend*

represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**W. S.**
*a minor, by and through Scott Smith, next friend*

represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ANDREW VEGA**

represented by **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

RYAN WINSTON                              represented by  **Floyd Ronald Jenkins , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert L. Sirianni , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Peter Cameron**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

AMARI WINSTON                            represented by  **Floyd Ronald Jenkins , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert L. Sirianni , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Peter Cameron**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

ARSHIANNA REECE                          represented by  **Floyd Ronald Jenkins , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert L. Sirianni , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Peter Cameron**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

COURTNEY WINSTON                         represented by  **Floyd Ronald Jenkins , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert L. Sirianni , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

SHERMAN WINSTON                      represented by   **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

JAZMINE WINSTON                      represented by   **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

MERREL WINSTON                       represented by   **Floyd Ronald Jenkins , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert L. Sirianni , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Cameron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SOPHRONIA WINSTON**                    represented by  **Floyd Ronald Jenkins , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert L. Sirianni , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Peter Cameron**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALL PLAINTIFFS**                       represented by  **Floyd Ronald Jenkins , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Peter Cameron**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Robert L. Sirianni , Jr.**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ISLAMIC REPUBLIC OF IRAN**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/13/2022 | 1 | COMPLAINT against ISLAMIC REPUBLIC OF IRAN ( Filing fee $ 402 receipt number ADCDC-9513184) filed by ALL PLAINTIFFS. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Cameron, Peter) Modified on 9/15/2022 to edit docket text (znmg). (Entered: 09/13/2022) |
| 09/13/2022 | 2 | Ex Parte MOTION for Waiver *of Local Civil Rule 5.1(c)* by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(Cameron, Peter) Modified on 9/15/2022 to edit docket text (znmg). (Entered: 09/13/2022) |
| 09/15/2022 | | Case Assigned to Chief Judge Beryl A. Howell. (znmg) (Entered: 09/15/2022) |
| 09/15/2022 | 3 | SUMMONS (1) Issued Electronically as to ISLAMIC REPUBLIC OF IRAN. (Attachment: # 1 Notice and Consent)(znmg) (Entered: 09/15/2022) |
| 09/15/2022 | 4 | STANDING ORDER. Signed by Chief Judge Beryl A. Howell on September 15, 2022. (lcbah2) (Entered: 09/15/2022) |

| 09/15/2022 | | MINUTE ORDER (paperless) GRANTING plaintiffs' 2 *Ex Parte* Motion for Waiver of Local Civil Rule 5.1(c)(1) ("Pls.' Mot."). Generally, "[t]he first filing by or on behalf of a party shall have in the caption the... full residence address of the party," and "[f]ailure to provide the address information within 30 days of filing may result in the dismissal of the case against the defendant." LCvR 5.1(c)(1). Courts apply the factors identified in *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980), to determine when a party's privacy interests are sufficiently weighty to overcome the general presumption in favor of public access to information concerning judicial proceedings.<br><br>Here, an evaluation of all the *Hubbard* factors supports granting plaintiffs' request. Plaintiffs are the victims of terrorist attacks and members of the victims' families, and they allege that Iran assisted those who carried out various improvised explosive device ("IED"), vehicle-borne IED, rocket, grenade, and ambush attacks and bombings from approximately 2008 to 2012 in Afghanistan that caused serious harm to the plaintiff victims. Compl. ¶¶ 1-2, 154-244 (detailing the various attacks), ECF No. 1. Plaintiffs express concern that disclosure of their addresses "will expose them to retaliation, including further risk of intimidation, harassment and threats to their personal safety." Pls.' Mot. ¶ 4. This Court has routinely allowed plaintiffs to omit their addresses when bringing terrorism-related claims against Iran if the plaintiffs express concern regarding possible harassment or threats to their safety. *See, e.g.*, Min. Order, *Singer v. Islamic Republic of Iran*, No. 21-cv-2639 (BAH) (D.D.C. Oct. 12, 2021); Order, *Mustard v. Iran*, No. 21-cv-163 (BAH) (D.D.C. Jan. 21, 2021). No prejudice would result from plaintiffs in this case omitting their residential addresses, nor is there significant public interest in their residential addresses. Under these circumstances, sufficient cause exists to grant plaintiffs' request to omit their residential addresses from filings with this Court. It is further ORDERED that plaintiffs shall file, under seal, a list containing their residential addresses within 30 days. Signed by Chief Judge Beryl A. Howell on September 15, 2022. (lcbah2) (Entered: 09/15/2022) |
| 09/29/2022 | 5 | SEALED DOCUMENT filed by DONALD MCDANIEL, SR., ALL PLAINTIFFS, A. B., J. B., CALANDRA BAILEY, GLENN BAKER, NAMIG BAKER, NATIG BAKER, SAMUEL BAKER, JAYLEN BUTLER, JOHNATHAN BUTLER, JOHNNY BUTLER, JR., EVA CARRERA, MARICRUZ CARRERA, A. D., K. D., ANNMARIE DEAS, KEVIN DEAS, SR., TERESA DEFUSTO, ESTATE OF NEVAEH PAREDES, IRINA GORODNITSKY, CHRISTOPHER HARDESTY, JAMES HARDESTY, KELLI HARDESTY, NICHOLAS HARDESTY, CAMERON HORNER, GRADY HORNER, JOHN IASIELLO, MECKO JOHNSON, DANIEL KERNAN, JAMES KERNAN, LEAANN MCCARTNEY, JAMES MCDANIEL, LOGAN MCDANIEL, SHELBY MCDANIEL, DONALD MCDANIEL, JR., ARIK MILLER, ARIKA MILLER, MICHAEL PABON, ADAM PAREDES, BRANDON PAREDES, GARY PAREDES, JESSE PAREDES, JULIE PAREDES, ARLETHA PETTIE, CLAUDIA PETTIE, EVAN PRONZATI, ARSHIANNA REECE, R. S., W. S., SHERITA SANDERS, JOSEPH SANDLIN, SAVANNAH SANDLIN, SCOTT SMITH, ANDREW VEGA, TYRESHA WILLIAMS, AMARI WINSTON, COURTNEY WINSTON, JAZMINE WINSTON, MERREL WINSTON, RYAN WINSTON, SHERMAN WINSTON, SOPHRONIA WINSTON re Order on Motion for Waiver,,,,,,,,, (This document is SEALED and only available to authorized persons.)(Cameron, Peter) (Entered: 09/29/2022) |
| 10/18/2022 | 6 | AFFIDAVIT REQUESTING FOREIGN MAILING by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Letter Requesting Foreign Mailing)(Cameron, Peter) (Main Document 6 replaced on 10/21/2022) (zed). (Entered: 10/18/2022) |
| 11/01/2022 | 7 | NOTICE provided by Counsel to the Clerk of the Court re 6 Affidavit Requesting Foreign Mailing. Clerk's Office has been notified that DHL no long delivers to Iran or to Syria. (zed). (zed). Modified docket text on 11/23/2022 (zed). (Entered: 11/01/2022) |

| 11/22/2022 | 8 | MOTION for Order *Permitting Plaintiffs to Proceed With Service Under 28 U.S.C. § 1608(a)(4)* by ALL PLAINTIFFS. (Attachments: # 1 Declaration with Exhibits A-D, # 2 Text of Proposed Order)(Cameron, Peter) (Entered: 11/22/2022) |
| --- | --- | --- |
| 11/22/2022 | 9 | NOTICE *of Failed Service Under 28 U.S.C. Section 1608(a)(3)* by ALL PLAINTIFFS (Cameron, Peter) (Entered: 11/22/2022) |
| 11/28/2022 | | MINUTE ORDER (paperless) GRANTING plaintiffs' 8 Motion for Order Permitting Plaintiffs to Proceed with Service under 28 U.S.C. § 1608(a)(4); DIRECTING plaintiffs to submit to the Clerk of Court all documents required by 28 U.S.C. § 1608(a)(4) for service upon a foreign state; and FURTHER DIRECTING the Clerk of Court to thereafter dispatch the documents submitted by plaintiffs, at plaintiffs' expense, to the U.S. Department of State, in accordance with 28 U.S.C. § 1608(a)(4). Signed by Chief Judge Beryl A. Howell on November 28, 2022. (lcbah2) (Entered: 11/28/2022) |
| 11/30/2022 | 10 | AFFIDAVIT REQUESTING FOREIGN MAILING *Under 28 U.S.C. § 1608(a)(4)* by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Letter Requesting Foreign Mailing via Diplomatic Channels)(Cameron, Peter) (Main Document 10 replaced on 11/30/2022) (znmw). (Entered: 11/30/2022) |
| 12/07/2022 | 11 | REQUEST from ALL PLAINTIFFS for the Clerk to effect service of two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by FedEx, to the U. S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4). (See Docket Entry 10 to view document) (zjm) (Entered: 12/07/2022) |
| 12/07/2022 | 12 | CERTIFICATE OF CLERK of mailing two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state on 12/07/2022, by FedEx, to the U. S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4). (Attachment: # 1 Waybill) (zjm) (Entered: 12/07/2022) |
| 04/14/2023 | 13 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to ISLAMIC REPUBLIC OF IRAN served on 3/6/2023, answer due 5/5/2023. (Cameron, Peter) (Entered: 04/14/2023) |
| 05/08/2023 | 14 | AFFIDAVIT FOR DEFAULT by ALL PLAINTIFFS. (Cameron, Peter) (Entered: 05/08/2023) |
| 05/15/2023 | 15 | Clerk's ENTRY OF DEFAULT as to ISLAMIC REPUBLIC OF IRAN. (zed) (Entered: 05/15/2023) |
| 05/24/2023 | 16 | NOTICE *of Intent to Apply for Entry of Default Judgment* by ALL PLAINTIFFS (Cameron, Peter) (Entered: 05/24/2023) |
| 11/01/2023 | 17 | NOTICE *OF REVISED INTENT TO APPLY FOR ENTRY OF DEFAULT JUDGMENT* by ALL PLAINTIFFS (Cameron, Peter) (Entered: 11/01/2023) |
| 01/22/2024 | 18 | NOTICE of Voluntary Dismissal re A.B., a minor, by and through Johnny Butler, Jr., next friend *This has no effect on the claims asserted by the other Plaintiffs.* (Cameron, Peter) (Entered: 01/22/2024) |
| 01/25/2024 | | MINUTE ORDER (paperless) DISMISSING, upon consideration of plaintiff A.B.'s 18 Notice of Voluntary Dismissal, that plaintiff's lawsuits against defendant, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The Clerk of Court is directed to terminate plaintiff A.B. from this matter. Signed by Judge Beryl A. Howell on January 25, 2024. (lcbah2) (Entered: 01/25/2024) |

| 02/28/2024 | 19 | NOTICE *OF REVISED INTENT TO APPLY FOR ENTRY OF DEFAULT JUDGMENT* by ALL PLAINTIFFS (Cameron, Peter) (Entered: 02/28/2024) |
|---|---|---|
| 04/16/2024 | 20 | NOTICE *OF REVISED INTENT TO APPLY FOR ENTRY OF DEFAULT JUDGMENT* by ALL PLAINTIFFS (Cameron, Peter) (Entered: 04/16/2024) |
| 06/04/2024 | 21 | MOTION for Leave to File *Excess Pages* by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order)(Cameron, Peter) (Entered: 06/04/2024) |
| 06/05/2024 | | MINUTE ORDER (paperless) DENYING WITHOUT PREJUDICE plaintiffs' 21 Motion for Leave to File Excess Pages, without additional information on the exact number of exhibits plaintiffs intend to offer, the size or length of such exhibits, or why a live hearing would not be appropriate or possible for plaintiffs to establish liability in this case; and ORDERING plaintiffs to SHOW CAUSE, by June 20, 2024, why the claims in this case should not be <u>either</u>: <br> (1) dismissed, given that plaintiffs' claims fail to identify any extrajudicial killing that resulted from any of the sixteen identified alleged terrorist attacks, *see Borochov v. Islamic Republic of Iran*, 94 F.4th 1053, 1057 (D.C. Cir. 2024) (holding that district courts lack jurisdiction to consider claims under the terrorism exception to the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1605A, if the event underlying the claims did not result in an "extrajudicial killing," within the meaning of Section 3 of the Torture Victim Protection Act of 1991 (28 U.S.C. § 1350 note)); <u>or</u> <br> (2) severed into separate cases for each alleged terrorist attack, given that the complaint asserts claims by plaintiffs injured in sixteen disparate alleged terrorist attacks that occurred on sixteen different dates over a five year period in at least nine different provinces of Afghanistan, see Pls.' Mot. for Leave to File Excess Pages at 4, ECF No. 21, such that the victims and other salient circumstances of each disparate alleged terrorist attack may be entirely separable. *See* Fed. R. Civ. P. 21 (providing that "[t]he court may... sever any claim against any party."); *see also Wyndham Assocs. v. Bintliff*, 398 F.2d 614, 618 (2d Cir. 1968) (holding that Rule 21 "authorizes the severance of any claim, even without a finding of improper joinder, where there are sufficient other reasons for ordering a severance."); *Applewhite v. Reichhold Chems., Inc.*, 67 F.3d 571, 574 (5th Cir. 1995) (holding that Rule 21 gives the court "discretion to sever an action if it... might otherwise cause delay or prejudice"); *Aiello v. Kingston*, 947 F.2d 834, 835 (7th Cir. 1991) (observing that "[Rule] 21 allows a court to sever claims that are logically distinct"); 4 James Wm. Moore et al., Moores Federal Practice § 21.05 (3d ed. 2013) ("the courts agree that Rule 21 may apply even in the absence of misjoinder or nonjoinder" and "[t]he trial court thus has great discretion to restructure an action to promote the efficient administration of justice"). Signed by Judge Beryl A. Howell on June 5, 2024. (lcbah2) (Entered: 06/05/2024) |
| 06/20/2024 | 22 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ALL PLAINTIFFS (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Exhibit PLAINTIFFS REPLY TO ORDER TO SHOW CAUSE AND REQUEST FOR RECONSIDERATION, # 3 Exhibit 1 of 12, # 4 Exhibit 2 of 12, # 5 Exhibit 3 of 12, # 6 Exhibit 4 of 12, # 7 Exhibit 5 of 12, # 8 Exhibit 6 of 12, # 9 Exhibit 7 of 12, # 10 Exhibit 8 of 12, # 11 Exhibit 9 of 12, # 12 Exhibit 10 of 12, # 13 Exhibit 11 of 12, # 14 Exhibit 12 of 12)(Cameron, Peter) (Entered: 06/20/2024) |
| 06/26/2024 | | MINUTE ORDER (paperless) GRANTING plaintiffs' 22 Motion For Leave to Place Under Seal Plaintiffs' Reply to Order to Show Cause and Request For Reconsideration, and All Exhibits, and DIRECTING the Clerk of Court to file plaintiff's [22-2] Reply to Order to Show Cause and Request for Reconsideration on the docket under seal. Signed by Judge Beryl A. Howell on June 26, 2024. (lcbah2) (Entered: 06/26/2024) |

| 06/26/2024 | 23 | SEALED RESPONSE to Judge Howell's 6/5/2024 MINUTE Order filed by ALL PLAINTIFFS. This document is SEALED and is available to authorized persons only. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12)(mg) (Entered: 06/28/2024) |
|---|---|---|
| 06/26/2024 | 24 | SEALED MOTION for Reconsideration of 6/5/2024 MINUTE Order, filed by ALL PLAINTIFFS. (This document is SEALED and only available to authorized persons.) (See docket entry 23 to view document.)(mg) (Entered: 06/28/2024) |
| 08/15/2024 | 25 | NOTICE *OF REVISED INTENT TO APPLY FOR ENTRY OF DEFAULT JUDGMENT* by ALL PLAINTIFFS (Cameron, Peter) (Entered: 08/15/2024) |
| 09/27/2024 | 26 | NOTICE *OF REVISED INTENT TO APPLY FOR ENTRY OF DEFAULT JUDGMENT* by ALL PLAINTIFFS (Cameron, Peter) (Entered: 09/27/2024) |
| 10/03/2024 | 27 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ALL PLAINTIFFS (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Text of Proposed Order, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit 1 of 86, # 7 Exhibit 2 of 86, # 8 Exhibit 3 of 86, # 9 Exhibit 4 of 86, # 10 Exhibit 5 of 86, # 11 Exhibit 6 of 86, # 12 Exhibit 7 of 86, # 13 Exhibit 8 of 86, # 14 Exhibit 9 of 86, # 15 Exhibit 10 of 86, # 16 Exhibit 11 of 86, # 17 Exhibit 12 of 86, # 18 Exhibit 13 of 86, # 19 Exhibit 14 of 86, # 20 Exhibit 15 of 86, # 21 Exhibit 16 of 86, # 22 Exhibit 17 of 86, # 23 Exhibit 18 of 86, # 24 Exhibit 19 of 86, # 25 Exhibit 20 of 86, # 26 Exhibit 21 of 86, # 27 Exhibit 22 of 86, # 28 Exhibit 23 of 86, # 29 Exhibit 24 of 86, # 30 Exhibit 25 of 86, # 31 Exhibit 26 of 86, # 32 Exhibit 27 of 86, # 33 Exhibit 28 of 86, # 34 Exhibit 29 of 86, # 35 Exhibit 30 of 86, # 36 Exhibit 31 of 86, # 37 Exhibit 32 of 86, # 38 Exhibit 33 of 86, # 39 Exhibit 34 of 86, # 40 Exhibit 35 of 86, # 41 Exhibit 36 of 86, # 42 Exhibit 37 of 86, # 43 Exhibit 38 of 86, # 44 Exhibit 39 of 86, # 45 Exhibit 40 of 86, # 46 Exhibit 41 of 86, # 47 Exhibit 42 of 86, # 48 Exhibit 43 of 86, # 49 Exhibit 44 of 86, # 50 Exhibit 45 of 86, # 51 Exhibit 46 of 86, # 52 Exhibit 47 of 86, # 53 Exhibit 48 of 86, # 54 Exhibit 49 of 86, # 55 Exhibit 50 of 86, # 56 Exhibit 51 of 86, # 57 Exhibit 52 of 86, # 58 Exhibit 53 of 86, # 59 Exhibit 54 of 86, # 60 Exhibit 55 of 86, # 61 Exhibit 56 of 86, # 62 Exhibit 57 of 86, # 63 Exhibit 58 of 86, # 64 Exhibit 59 of 86, # 65 Exhibit 60 of 86, # 66 Exhibit 61 of 86, # 67 Exhibit 62 of 86, # 68 Exhibit 63 of 86, # 69 Exhibit 64 of 86, # 70 Exhibit 65 of 86, # 71 Exhibit 66 of 86, # 72 Exhibit 67 of 86, # 73 Exhibit 68 of 86, # 74 Exhibit 69 of 86, # 75 Exhibit 70 of 86, # 76 Exhibit 71 of 86, # 77 Exhibit 72 of 86, # 78 Exhibit 73 of 86, # 79 Exhibit 74 of 86, # 80 Exhibit 75 of 86, # 81 Exhibit 76 of 86, # 82 Exhibit 77 of 86, # 83 Exhibit 78 of 86, # 84 Exhibit 79 of 86, # 85 Exhibit 80 of 86, # 86 Exhibit 81 of 86, # 87 Exhibit 82 of 86, # 88 Exhibit 83 of 86, # 89 Exhibit 84 of 86, # 90 Exhibit 85 of 86, # 91 Exhibit 86 of 86)(Cameron, Peter) (Entered: 10/03/2024) |
| 10/03/2024 | 28 | MOTION to Take Judicial Notice *and Memorandum of Points and Authorities* by ALL PLAINTIFFS. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit A, 1 of 7, # 3 Exhibit B, 2 of 7, # 4 Exhibit C, 3 of 7, # 5 Exhibit D, 4 of 7, # 6 Exhibit E, 5 of 7, # 7 Exhibit F, 6 of 7, # 8 Exhibit G, 7 of 7)(Cameron, Peter) (Entered: 10/03/2024) |
| 10/09/2024 | | MINUTE ORDER (paperless) GRANTING plaintiffs' 27 Sealed Motion for Leave to File Document Under Seal and DIRECTING plaintiffs to file, by October 25, 2024, a redacted version of their motion for default judgment and proposed findings of fact and conclusions of law on the public docket, excluding any exhibits consisting substantially of personal medical records, declarations, administrative files, proof of citizenship, or other personally identifying information raising privacy and safety concerns. Signed by Judge Beryl A. Howell on October 9, 2024. (lcbah2) (Entered: 10/09/2024) |

| 10/09/2024 | 29 | SEALED DOCUMENT filed by ALL PLAINTIFFS. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit 1 of 86, # 5 Exhibit 2 of 86, # 6 Exhibit 3 of 86, # 7 Exhibit 4 of 86, # 8 Exhibit 5 of 86, # 9 Exhibit 6 of 86, # 10 Exhibit 7 of 86, # 11 Exhibit 8 of 86, # 12 Exhibit 9 of 86, # 13 Exhibit 10 of 86, # 14 Exhibit 11 of 86, # 15 Exhibit 12 of 86, # 16 Exhibit 13 of 86, # 17 Exhibit 14 of 86, # 18 Exhibit 15 of 86, # 19 Exhibit 16 of 86, # 20 Exhibit 17 of 86, # 21 Exhibit 18 of 86, # 22 Exhibit 19 of 86, # 23 Exhibit 20 of 86, # 24 Exhibit 21 of 86, # 25 Exhibit 22 of 86, # 26 Exhibit 23 of 86, # 27 Exhibit 24 of 86, # 28 Exhibit 25 of 86, # 29 Exhibit 26 of 86, # 30 Exhibit 27 of 86, # 31 Exhibit 28 of 86, # 32 Exhibit 29 of 86, # 33 Exhibit 30 of 86, # 34 Exhibit 31 of 86, # 35 Exhibit 32 of 86, # 36 Exhibit 33 of 86, # 37 Exhibit 34 of 86, # 38 Exhibit 35 of 86, # 39 Exhibit 36 of 86, # 40 Exhibit 37 of 86, # 41 Exhibit 38 of 86, # 42 Exhibit 39 of 86, # 43 Exhibit 40 of 86, # 44 Exhibit 41 of 86, # 45 Exhibit 42 of 86, # 46 Exhibit 43 of 86, # 47 Exhibit 44 of 86, # 48 Exhibit 45 of 86, # 49 Exhibit 46 of 86, # 50 Exhibit 47 of 86, # 51 Exhibit 48 of 86, # 52 Exhibit 49 of 86, # 53 Exhibit 50 of 86, # 54 Exhibit 51 of 86, # 55 Exhibit 52 of 86, # 56 Exhibit 53 of 86, # 57 Exhibit 54 of 86, # 58 Exhibit 55 of 86, # 59 Exhibit 56 of 86, # 60 Exhibit 57 of 86, # 61 Exhibit 58 of 86, # 62 Exhibit 59 of 86, # 63 Exhibit 60 of 86, # 64 Exhibit 61 of 86, # 65 Exhibit 62 of 86, # 66 Exhibit 63 of 86, # 67 Exhibit 64 of 86, # 68 Exhibit 65 of 86, # 69 Exhibit 66 of 86, # 70 Exhibit 67 of 86, # 71 Exhibit 68 of 86, # 72 Exhibit 69 of 86, # 73 Exhibit 70 of 86, # 74 Exhibit 71 of 86, # 75 Exhibit 72 of 86, # 76 Exhibit 73 of 86, # 77 Exhibit 74 of 86, # 78 Exhibit 75 of 86, # 79 Exhibit 76 of 86, # 80 Exhibit 77 of 86, # 81 Exhibit 78 of 86, # 82 Exhibit 79 of 86, # 83 Exhibit 80 of 86, # 84 Exhibit 81 of 86, # 85 Exhibit 82 of 86, # 86 Exhibit 83 of 86, # 87 Exhibit 84 of 86, # 88 Exhibit 85 of 86, # 89 Exhibit 86 of 86)(mg) (Entered: 10/10/2024) |
| 10/10/2024 | | Set/Reset Deadlines: Redacted Version Of Motion For Default Judgment And Proposed Findings Of Fact And Conclusions Of Law On Public Docket due by 10/25/2024. (mac) (Entered: 10/10/2024) |
| 10/23/2024 | 30 | SEALED DOCUMENT filed by ALL PLAINTIFFS re 27 SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by ALL PLAINTIFFS (This document is SEALED and only available to authorized persons.) (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit) (Cameron, Peter) (Entered: 10/23/2024) |
| 10/24/2024 | 31 | MOTION for Default Judgment as to *DEFENDANT, ISLAMIC REPUBLIC OF IRAN* by ALL PLAINTIFFS. (Attachments: # 1 Memorandum in Support Proposed Findings of Fact, Conclusions of Law, Table of Contents, Table of Authorities (Redacted), # 2 Exhibit Index of Exhibits (Redacted), # 3 Exhibit 78, # 4 Exhibit 79 (Redacted), # 5 Exhibit 80, # 6 Exhibit 81, # 7 Text of Proposed Order)(Cameron, Peter) (Entered: 10/24/2024) |
| 07/24/2025 | | MINUTE ORDER (paperless) DIRECTING plaintiffs, by July 29, 2025, to:<br><br>(1) identify any other cases filed against defendant Iran, pursuant to the Foreign Sovereign Immunities Act ("FSIA"), in which any of the sixteen terrorist attacks at issue in this case have previously been the basis for a claim raised by any plaintiff, given that at least two of the attacks at issue in the instant case appear to have been at issue in *Cabrera v. Islamic Republic of Iran*, 19-cv-3835 (JDB) (D.D.C.), *e.g.*, *compare id.*, Am. Compl. ¶¶ 971-75, ECF No. 133 (advancing claim based on the death of Michael J. Knapp in a May 18, 2012, attack by the Taliban in Kunar Province, Afghanistan), *id.* ¶¶ 1682-85 (advancing claim based on the death of Jonathan Yanney in an August 18, 2009, attack by the Taliban in Kandahar Province, Afghanistan), *with* Pls.' 29 Sealed Mot. for Default J., Exs. 17 & 64 (appearing to refer to the same two attacks); and |

| | | |
|---|---|---|
| | | (2) explain, if any of the attacks at issue in this case have previously been the basis for claims in any other case filed prior to the pendency of the instant case, as *Cabrera* was, why plaintiffs did not file those specific claims and/or file this entire case as related, pursuant to D.D.C. Local Civil Rule 40.5(a)(3), given the "common issues of fact," *id.* Rule 40.5(a)(3)(ii), involved in adjudicating the claims, which "grow out of the same event," *id.* Rule 40.5(a)(3)(iii), *i.e.*, the same alleged terrorist attacks.<br><br>Signed by Judge Beryl A. Howell on July 24, 2025. (lcbah2) (Entered: 07/24/2025) |
| 07/25/2025 | | Set/Reset Deadlines: Plaintiff Filing due by 7/29/2025. (mac) (Entered: 07/25/2025) |
| 07/29/2025 | 32 | RESPONSE TO ORDER OF THE COURT re Order,,,,,, filed by ALL PLAINTIFFS. (Cameron, Peter) (Entered: 07/29/2025) |
| 07/29/2025 | 33 | NOTICE *OF RELATED CASE* by ALL PLAINTIFFS (Cameron, Peter) (Entered: 07/29/2025) |
| 08/06/2025 | | MINUTE ORDER (paperless) DIRECTING plaintiffs, by August 13, 2025, to:<br><br>(1) supplement plaintiffs' economic damages estimates to account for probable income taxes, *see, e.g.*, *Hooks v. Washington Sheraton Corp.*, 578 F.2d 313, 317 (D.C. Cir. 1977); *Pennington v. Islamic Republic of Iran*, 2022 WL 18814284 (D.D.C. May 3, 2022);<br><br>(2) identify the parts of the publicly available record in *Cabrera v. Islamic Republic of Iran*, 19-cv-3835 (JDB) (D.D.C.), that reference or are relevant to the attack on **August 18, 2009**, allegedly resulting in the injuries for which plaintiff **Kevin Deas, Sr.** seeks damages in the instant case, and provide (a) an index to those parts of the *Cabrera* record; (b) a copy of those parts of the *Cabrera* record; and (c) a summary, with citations, to the judicial findings with respect to that attack, including regarding who committed the attack and whether material support from Iran proximately caused the attack;<br><br>(3) identify the parts of the publicly available record in *Cabrera v. Islamic Republic of Iran*, 19-cv-3835 (JDB) (D.D.C.), that reference or are relevant to the attack on **October 29, 2011**, allegedly resulting in the injuries for which plaintiff **Michael Pabon**, seeks damages in the instant case, and provide (a) an index to those parts of the *Cabrera* record; (b) a copy of those parts of the *Cabrera* record; and (c) a summary, with citations, to the judicial findings with respect to that attack, including regarding who committed the attack and whether material support from Iran proximately caused the attack; and<br><br>(4) identify the parts of the publicly available record in *Cabrera v. Islamic Republic of Iran*, 19-cv-3835 (JDB) (D.D.C.), that reference or are relevant to the attack on **May 18, 2012**, allegedly resulting in the injuries for which plaintiff **Scott Smith**, seeks damages in the instant case, and provide (a) an index to those parts of the *Cabrera* record; (b) a copy of those parts of the *Cabrera* record; and (c) a summary, with citations, to the judicial findings with respect to that attack, including regarding who committed the attack and whether material support from Iran proximately caused the attack.<br><br>Signed by Judge Beryl A. Howell on August 6, 2025. (lcbah2) (Entered: 08/06/2025) |
| 08/07/2025 | 34 | NOTICE of Appearance by Floyd Ronald Jenkins, Jr. on behalf of All Plaintiffs (Jenkins, Jr., Floyd) (Entered: 08/07/2025) |

| 08/07/2025 | | Set/Reset Deadlines: Plaintiffs Filing due by 8/13/2025. (mac) (Entered: 08/07/2025) |
|---|---|---|
| 08/13/2025 | 35 | NOTICE *OF RELATED CASE* by ALL PLAINTIFFS (Cameron, Peter) (Entered: 08/13/2025) |
| 08/13/2025 | 36 | RESPONSE TO ORDER OF THE COURT re Order,,,,,,,,, filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Cameron, Peter) (Entered: 08/13/2025) |
| 08/28/2025 | 37 | ORDER GRANTING plaintiffs' 28 Motion to Take Judicial Notice; and GRANTING in part AND DENYING in part plaintiffs' 31 Motion for Default Judgment. See Order for further details. The Clerk of the Court is directed to close this case. Signed by Judge Beryl A. Howell on August 28, 2025. (lcbah2) (Entered: 08/28/2025) |
| 08/28/2025 | 38 | MEMORANDUM OPINION regarding plaintiffs' 28 Motion to Take Judicial Notice and plaintiffs' 31 Motion for Default Judgment. Signed by Judge Beryl A. Howell on August 28, 2025. (lcbah2) (Entered: 08/28/2025) |
| 09/09/2025 | 39 | AFFIDAVIT REQUESTING FOREIGN MAILING by ALL PLAINTIFFS. (Attachments: # 1 Exhibit Letter Requesting Foreign Mailing)(Cameron, Peter) (Entered: 09/09/2025) |
| 09/15/2025 | 40 | REQUEST from Plaintiffs for the Clerk to dispatch for mailing one copy of the default judgment, and notice of suit, together with a translation of each into the official language of the foreign state, by FedEx, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). (See docket entry 39 to view document) (mg) (Entered: 09/15/2025) |
| 09/23/2025 | 41 | NOTICE of Appearance by Robert L. Sirianni, Jr on behalf of All Plaintiffs (Sirianni, Robert) (Entered: 09/23/2025) |
| 09/25/2025 | 42 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 37 Order on Motion to Take Judicial Notice, Order on Motion for Default Judgment, 38 Memorandum & Opinion by ALL PLAINTIFFS. Fee Status: No Fee Paid. Parties have been notified. (mg) (Entered: 09/25/2025) |
| 09/25/2025 | 43 | ENTERED IN ERROR.....NOTICE *of Appeal* by ALL PLAINTIFFS re 38 Memorandum & Opinion (Sirianni, Robert) Modified on 9/29/2025 (mg). (Entered: 09/25/2025) |
| 09/29/2025 | | NOTICE OF ERROR regarding 43 Notice (Other). The following error(s) need correction: Incorrect document. (mg) (Entered: 09/29/2025) |
| 09/29/2025 | 44 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 42 Notice of Appeal to DC Circuit Court. (mg) (Entered: 09/29/2025) |
| 09/29/2025 | | Payment for 44 Transmission of Notice of Appeal and Docket Sheet to USCA, 42 Notice of Appeal to DC Circuit Court. ($605; Receipt number ADCDC-11989848). (Sirianni, Robert) (Entered: 09/29/2025) |